TRULINCS 30466160 - HECKMAN, DEVIN SALEM - Unit: MAR-F-A

FILED

FROM: 30466160
TO:
SUBJECT: MOTION
DATE: 10/11/2016 07:33:12 PM

2016 OCT 17 PM 1:29

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
- Plaintiff

v.

JEFFREY HECKMAN
- Defendant

Case No. 1:05-CR-592-001

MOTION TO AMEND CONDITIONS OF SUPERVISION
TO SUSPEND MANDATORY DRUG TESTING

Now comes the Defendant JEFFREY HECKMAN who was sentenced in this court on May 24, 2006 to 96 months imprisonment and LIFE supervision after entering a plea of GUILTY to the charges of Bank Fraud, Uttering Counterfeit Securities, Transportation Of Stolen Goods, and Receipt/Possession Of Child Pornography.

The Defendant has never used or possessed illegal narcotics. The Defendant has never abused substances or been charged with a crime relating to drugs or alcohol. The presentence report reflects that the Defendant presents a low risk of future substance abuse and the Defendant asks the court to determine the same. Wherefore, the Defendant hereby MOTIONS The Court To Amend The Conditions Of Supervision By Suspending The Mandatory Substance Abuse Testing as defined in 18 U.S.C. 3583 (d).

Drug testing can be unnecessarily invasive and is often burdensome to all parties. The costs associated with drug testing can create additional challenges to a defendant in the process of reentering a community.
IN CONCLUTION, granting the motion above will benefit all parties and help increase the likelihood of success for the Defendant's reentry to society.

Respecfully Submitted,

/s/ Jeffrey Heckman    12-OCT-2016

JEFFREY HECKMAN
Defendant
PRO SE
USP Marion #30466-160
PO BOX 1000
Marion, IL 62959-7500